Margaret Robinson, admitted *pro hac vice*
(DC Bar No. 241415)
The Humane Society of the United States
1255 23rd Street NW, Suite 450
Washington, DC 20037
(434) 260-4871
mrobinson@humanesociety.org

*Counsel for Plaintiffs in Lead Case No. 24-86*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> WESTERN WATERSHEDS PROJECT, et al., <br><br> Consolidated Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Federal Defendants. | Lead Case No. 9:24-cv-86-DWM <br> Member Case No. 9:24-cv-87-DWM <br><br><br><br><br> **UNOPPOSED MOTION TO EXTEND DEADLINE** |

Plaintiffs in the consolidated cases (Case Nos. 24-86 and 24-87) request this Court extend by two weeks the deadline for the parties to file their proposed case management plan. In support of this request, Plaintiffs and Consolidated Plaintiffs state as follows:

1

1. On June 24, 2024, this Court ordered the parties to file a proposed case management plan in these consolidated cases on or before July 8, 2024. Doc. 6.

2. Plaintiffs and Consolidated Plaintiffs are aware and have confirmed that other interested parties that intervened in the previous litigation will soon seek intervention on behalf of Federal Defendants in these refiled, consolidated cases. *See Western Watersheds et al. v. U.S. Fish and Wildlife Service et al.*, No. 9:24-cv-00043-DWM (Docs. 7, 25, ¶ 3).

3. Plaintiffs and Consolidated Plaintiffs are also aware and have confirmed that a third coalition of plaintiff organizations have served a notice of intent to sue the U.S. Fish and Wildlife Service to challenge the same decision at issue in these consolidated cases. It is thus likely that a third lawsuit will soon be filed as the notice period has, or will soon, run.

4. A short, two-week extension of time to file a proposed case management plan would thus allow all existing and expected parties sufficient time to meet and confer and attempt to work together to develop a mutually agreeable proposed case management plan for this Court's consideration. This would conserve the parties' and this Court's resources.

5. Counsel for Plaintiffs and Consolidated Plaintiffs have conferred with counsel for Federal Defendants, and they do not oppose this motion.

For these reasons, Plaintiffs and Consolidated Plaintiffs respectfully request this Court extend the deadline by two weeks – to July 22, 2024 – to allow additional

likely parties to be involved in the development of the proposed case management plan.

Dated: June 27, 2024               Respectfully submitted,

/s/ *Margaret Robinson*
Margaret Robinson (DC Bar No. 241415)*
The Humane Society of the United States
1255 23rd Street NW, Suite 450
Washington, DC 20037
(434) 260-4871
mrobinson@humanesociety.org

Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
(406) 544-9863
kakland@biologicaldiversity.org

Collette L. Adkins (MN Bar No. 035059X)*
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Center for Biological Diversity, et al.*

/s/ *Kelly E. Nokes*
Kelly E. Nokes
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
(575) 613-8051
nokes@westernlaw.org

3

Matthew Kellogg Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 324-8011
bishop@westernlaw.org

*Attorneys for Consolidated Plaintiffs Western Watersheds Project, et al.*

## CERTIFICATE OF SERVICE

I, Margaret Robinson, Attorney for Plaintiffs Center for Biological Diversity, et al., hereby certify that on June 27, 2024, I served a copy of the above motion on:

>Astrid Stuth Cevallos
>Trial Attorney
>Wildlife & Marine Resources Section
>Benjamin Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611
>Tel: (202) 305-5751
>Fax: (202) 305-0275
>Email: Astrid.Cevallos@usdoj.gov
>
>Attorney for Federal Defendants

With Ms. Cevallos's written permission to do so, I served her via email.


Dated: June 27, 2024                    */s/ Margaret Robinson*
                                        Margaret Robinson (DC Bar No. 241415)
                                        The Humane Society of the United States
                                        1255 23rd Street NW, Suite 450
                                        Washington, DC 20037
                                        (434) 260-4871
                                        mrobinson@humanesociety.org

                                        Admitted *pro hac vice*

                                        *Attorney for Plaintiffs Center for Biological Diversity, et al.*