IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> WESTERN WATERSHEDS PROJECT, et al., <br><br> Consolidated Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Federal-Defendants. | Lead Case No. 9:24-cv-86-DWM <br> Member Case No. 9:24-cv-87-DWM <br><br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE |

This matter comes before the Court on Plaintiffs' and Consolidated Plaintiffs' Unopposed Motion to Extend Deadline. Finding good cause shown, it is SO ORDERED. The parties must file the proposed case management plan by July 22, 2024.

Dated this _____day of _____, 2024.

_____
HON. DONALD W. MOLLOY
United States District Court for the District of Montana