Hannah Stone, Esq.
Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE &
    STEINBRENNER, P.C.
620 High Park Way ▪ P.O. Box 4947
Missoula, MT 59806-4947
hstone@bigskylawyers.com;
acampbell@bigskylawyers.com
*Attorneys for Proposed Intervenor-
    Defendants Sportsmen's Alliance
    Foundation, Safari Club
    International, and Rocky Mountain
    Elk Foundation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> WESTERN WATERSHEDS PROJECT, et al., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, and ROCKY MOUNTAIN ELK FOUNDATION, <br><br> Proposed Intervenor-Defendants. | **Lead Case** <br> **9:24-cv-00086-DWM** <br><br> Member Case <br> 9:24-cv-00087-DWM <br><br><br> **PROPOSED INTERVENOR-DEFENDANTS SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, AND ROCKY MOUNTAIN ELK FOUNDATION'S UNOPPOSED MOTION TO INTERVENE** |

COMES NOW, Proposed Intervenor-Defendants Sportsmen's Alliance Foundation, Safari Club International, and Rocky Mountain Elk Foundation ("Hunting Intervenors") and, in accordance with Federal Rule of Civil Procedure 24 and Local Rule 24.1, respectfully move to intervene in these consolidated cases to defend the U.S. Fish and Wildlife Service's denial of two petitions requesting that the gray wolf be relisted under the Endangered Species Act in the Northern Rocky Mountain and Western states regions.

These consolidated cases were previously filed in this Court as Lead Case No. CV 24-43-M-DWM and Member Case No. CV 24-44-M-DWM. On May 16, 2024, this Court granted Hunting Intervenors' Motion to Intervene as of right in those cases, finding that the requirements of Rule 24(a) were met. Lead Case Dkt. 15. On June 17, Plaintiffs filed a Stipulation to Dismiss those cases without prejudice (the "Stipulation"). Lead Case Dkt. 25. The Stipulation acknowledges a dispute between Plaintiffs and Federal Defendants over compliance with the Endangered Species Act's 60-day notice provision. *Id.* ¶ 1. It explains that Plaintiffs chose to voluntarily dismiss their complaints and immediately refile to avoid objections to this Court's jurisdiction on that ground. *Id.* ¶ 2. The Stipulation states that "Plaintiffs intend to immediately refile their lawsuits in this Court," *Id.* ¶ 3, which Plaintiffs have done in these cases. It further states that Intervenor-Defendants "intend to immediately refile their motions to intervene and responsive pleadings in the same form as filed on

May 10, 2024, which Plaintiffs do not oppose and for which Federal Defendants take no position." *Id.* ¶ 3.

In accordance with the Stipulation and pursuant to the law of the case doctrine,[1] Hunting Intervenors respectfully re-file their Motion to Intervene and supporting documents in substantially the same form as filed on May 10, 2024. Hunting Intervenors have updated the Motion and counsel signatures as appropriate. However, all declarations have been submitted in the same form, as agreed with Plaintiffs. Hunting Intervenors respectfully request that this Court accept those declarations, including through judicial notice of their prior filing if necessary.[2] Hunting Intervenors further request that this Court, again, grant them intervention as of right under Rule 24(a). *See* Lead Case Dkt. 15. As noted above, Plaintiffs do not oppose and Federal Defendants take no position on the Motion.

Based on the arguments in the attached brief and the Court's prior findings and conclusions, Hunting Intervenors respectfully request that the Court grant the Motion.

//

---

[1] *See, e.g., Ingle v. Cir. City*, 408 F.3d 592, 594 (9th Cir. 2005) ("Under the law of the case doctrine, 'a court is generally precluded from reconsidering an issue previously decided by the same court, or a higher court in the identical case.'") (citation omitted).

[2] *See* Fed. R. Evid. 201(c); *Bynum v. Cnty. of Los Angeles*, No. 21-CV-4453, 2023 WL 4143268, at *9 (C.D. Cal. May 22, 2023).

DATED this 2nd day of July, 2024.

        Milodragovich, Dale & Steinbrenner, PC

        By_____
           Hannah Stone

        *Attorneys for Proposed Intervenor-Defendants Sportsmen's Alliance Foundation, Safari Club International, and Rocky Mountain Elk Foundation*

# CERTIFICATE OF SERVICE

I, the undersigned, of Milodragovich, Dale & Steinbrenner, PC, Attorneys for Defendants-Intervenors Sportsmen's Alliance Foundation, Safari Club International, and Rocky Mountain Elk Foundation, hereby certify that on this 2nd day of July, 2024, a copy of the foregoing document was served on the following persons by the following means:

|       |                    |
|-------|--------------------|
| _____ | Mail               |
| _____ | Overnight Delivery |
| 1-6   | E-mail             |

1. Kristine Marie Akland
   AKLAND LAW FIRM, PLLC
   317 E. Spruce St. * PO Box 7274
   Missoula, MT 59807
   kakland@biologicaldiversity.org

2. Collette L. Adkins
   CENTER FOR BIOLOGICAL DIVERSITY - CIRCLE PINES
   P.O. Box 595
   Circle Pines, MN 55014-0595
   cadkins@biologicaldiversity.org

3. Margaret Ellen Robinson
   HUMANE SOCIETY OF THE UNITED STATES
   1255 23rd St NW, Suite 450
   Washington, DC 20037
   mrobinson@humanesociety.org

   *Attorneys for Plaintiffs Center for Biological Diversity, Humane Society of the United States, Humane Society Legislative Fund, Sierra Club*

4. Kelly E. Nokes
   WESTERN ENVIRONMENTAL LAW CENTER - COLORADO
   P.O. Box 218
   Buena Vista, CO 81211
   nokes@westernlaw.org

5. Matthew K. Bishiop
   WESTERN ENVIRONMENTAL LAW CENTER
   103 Reeder's Alley
   Helena, MT 59601
   bishop@westernlaw.org

   *Attorneys for Consolidated Plaintiffs Western Watersheds Project, International Wildlife Coexistence Network, WildEarth Guardians, Nimiipuu Protecting the Earth, Alliance for the Wild Rockies, Friends of the Clearwater, Wilderness Watch, Predator Defense, Trap Free Montana, Protect the Wolves*

**PROPOSED INTERVENOR-DEFENDANTS'**
**UNOPPOSED MOTION TO INTERVENE**                               PAGE 5
12231.004

6. Astrid Stuth Cevallos
   Environment & Natural Resources Division
   Wildlife & Marine Resources Section
   U.S. DEPARTMENT OF JUSTICE
   150 M St NE
   Washington, D.C. 20002
   astrid.cevallos@usdoj.gov

   *Attorneys for Defendants Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; United States Fish and Wildlife Service; Deb Haaland, in her official capacity as Secretary of the Interior; and United States Department of the Interior*

                                   _____
                                   *Attorneys for Defendants-Intervenors Sportsmen's Alliance Foundation, Safari Club International, and Rocky Mountain Elk Foundation*