IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al<br><br>    Plaintiffs,<br>  and<br>WESTERN WATERSHEDS PROJECT, et al,<br><br>    Consolidated Plaintiffs,<br>  v.<br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>    Defendants,<br>  and<br>SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, and ROCKY MOUNTAIN ELK FOUNDATION,<br><br>    Defendants-Intervenors. | **Lead Case**<br>**9:24-cv-00086-DWM**<br><br>Member Case<br>9:24-cv-00087-DWM<br><br><br><br>**ORDER** |

Pursuant to Proposed Intervenors-Defendants Sportsmen's Alliance Foundation, Safari Club International, and Rocky Mountain Elk Foundation's Unopposed Motion to Intervene, and good cause appearing,

**IT IS HEREBY ORDERED** that Proposed Intervenors-Defendants' Motion to Intervene is **GRANTED.**

DATED this \_\_\_\_ day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court