IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> WESTERN WATERSHEDS PROJECT, et al., <br><br> Consolidated Plaintiffs, <br><br> vs. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, and ROCKY MOUNTAIN ELK FOUNDATION, <br><br> Defendant-Intervenors. | Lead Case <br> CV 24–86–M–DWM <br><br> Member Case <br> CV 24–87–M–DWM <br><br><br> ORDER |

The Sportsmen's Alliance Foundation, the Safari Club International, and the Rocky Mountain Elk Foundation (collectively, "the Hunting Coalition") have filed a motion to intervene as a matter of right in this action pursuant to Federal Rule of

1

Civil Procedure 24(a) or, in the alternative, to intervene at the Court's discretion pursuant to Rule 24(b). (Doc. 14.) These groups were allowed to intervene under Rule 24(a) in this recently dismissed and now refiled action. *See W. Watersheds, et al. v. U.S. Fish & Wildlife Serv., et al.*, CV 24-43-M-DWM, Doc. 15 (May 16, 2024).

Accordingly, IT IS ORDERED that the Hunting Coalition's motion to intervene (Doc. 14) is GRANTED.

IT IS FURTHER ORDERED that the Hunting Coalition's proposed Answers must be promptly refiled in the appropriate cases. All other filing should be made in the Lead Case and spread to the Member Case. The Hunting Coalition must participate in drafting the parties' proposed case management plan, (*see* Doc. 6), with the understanding that their briefing may not be duplicative of the Federal Defendants in any way.

IT IS FURTHER ORDERED that the caption shall be amended as reflected above.

DATED this 8th day of July, 2024.

Donald W. Molloy, District Judge
United States District Court