Dana L. Hupp
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
dhupp@wordenthane.com

Michael Begley
Kathy A.F. Davis
Jason L. DeForest
Assistant Attorneys General
Sean D. Reyes
Utah Attorney General
5110 State Office Building
P.O. Box 142477
Salt Lake City, UT 84114-2477
(801)538-9687
mbegley@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov

*Attorneys for Defendant-Intervenor State of Utah*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL., *Plaintiffs*, WESTERN WATERSHEDS PROJECT, ET AL., *Consolidated Plaintiffs*. v. UNITED STATES FISH AND WILDLIFE SERVICE, ET AL., | **Lead Case:** 9:24-cv-00086-DMW **Member Case:** 9:24-cv-00087-DWM 9:24-cv-00097-DWM **ACKNOWLEDGMENT AND ACCEPTANCE OF TERMS FOR ADMISSION OF PRO HAC VICE OF KATHY A.F. DAVIS** |

| | |
|---|---|
| *Defendants,*<br>and<br><br>SPORTSMEN'S ALLIANCE FOUNDATION; SAFARI CLUB INTERNATIONAL; ROCKY MOUNTAIN ELK FOUNDATION; STATE OF MONTANA; MONTANA FISH, WILDLIFE AND PARKS; STATE OF UTAH,<br><br>*Defendant-Intervenors.* | |

Please take notice that Kathy A.F. Davis, counsel for Defendant-Intervenor State of Utah, hereby acknowledges and accepts the admission *pro hac vice* pursuant to the conditions set forth in the Court's December 4, 2024 Order (Docket # 47).

Additionally, I hereby designate Jason L. DeForest as the attorney with full authority to make any and all decisions related to the administration of this case and to be the primary point of contact for the opposing parties.

Respectfully submitted this 18th day of December 2024.

                                                /s/ Kathy A.F. Davis
                                                Michael Begley
                                                Kathy A.F. Davis
                                                Jason L. DeForest