IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case CV 24–86–M–DWM |
| Plaintiffs, | Member Case CV 24–87–M–DWM CV 24–97–M–DWM |
| and | |
| WESTERN WATERSHEDS PROJECT, et al., | |
| Consolidated-Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| SPORTSMEN'S ALLIANCE FOUNDATION; SAFARI CLUB INTERNATIONAL; ROCKY MOUNTAIN ELK FOUNDATION; STATE OF MONTANA; MONTANA FISH, WILDLIFE AND PARKS; and STATE OF UTAH, | |
| Defendant-Intervenors. | |

Having reviewed the materials filed by the parties in preparation for the June 18, 2025 motions hearing,

IT IS ORDERED that argument at the hearing shall proceed as follows:

(1)    Plaintiffs will collectively be given seventy (70) minutes for argument, to be divided into the following topic areas:

> First Twenty Minutes: Range and Significant Portion
>
> Second Twenty Minutes: Best Available Science – Genetics and Population
>
> Third Twenty Minutes: Regulatory Mechanisms and State Population Modeling
>
> Final Ten Minutes: Standing

This organization is consistent with the issue areas briefed by the various Plaintiffs. Note that a single attorney is expected to argue each topic area; thus, no more than four attorneys will be permitted to argue.

(2)    Defendants and Defendant–Intervenors will also be given seventy (70) minutes for argument. That time should be divided in a similar manner as outlined above with the same limitations as to attorney presentation; Defendants' argument may not be fragmented or duplicative.

(3)    Additional time may be given to Plaintiffs to respond, if necessary.

DATED this 12 day of June, 2025.

Donald W. Molloy, District Judge
United States District Court

2