UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>      Plaintiffs,<br>   and<br><br>WESTERN WATERSHEDS PROJECT, et al.,<br><br>      Consolidated-Plaintiffs,<br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>      Defendants,<br>   and<br><br>SPORTSMEN'S ALLIANCE FOUNDATION, et al.,<br><br>      Defendant-Intervenors. | Lead Case<br>CV 24-86-M-DWM<br><br>Member Case<br>CV 24-87-M-DWM<br>CV 24-97-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

   IT IS ORDERED AND ADJUDGED that judgment is granted in favor of Plaintiffs and against Defendants and Defendant-Intervenors.

   Dated this 5th day of August, 2025

                              TYLER P. GILMAN, CLERK

                         By:   /s/ Annie Puhrmann
                                  Deputy Clerk