IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case<br>CV 24–86–M–DWM |
| Plaintiffs, | |
| and | Member Case<br>CV 24–87–M–DWM<br>CV 24–97–M–DWM |
| WESTERN WATERSHEDS PROJECT, et al., | |
| Consolidated-Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| SPORTSMEN'S ALLIANCE FOUNDATION, et al., | |
| Defendant-Intervenors. | |

The Federal Defendants having moved unopposed for an extension of time to object to Plaintiffs' applications for taxation of costs,

1

IT IS ORDERED that the motion (Doc. 107) is GRANTED. Plaintiffs' applications for taxation of costs (Docs. 102, 104, 106) are STAYED pending resolution of Plaintiffs' motions for attorney fees and costs.

DATED this 26th day of August, 2025.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court