



Office of the Clerk
### United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

OCT 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-6193 |
| Originating Case Number: | 9:24-cv-00086-DWM |
| | 9:24-cv-00087-DWM |
| | 9:24-cv-00097-DWM |
| Short Title: | Center for Biological Diversity, et al. v. United States Fish & Wildlife Service, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-6193 |
| Originating Case Number: | 9:24-cv-00086-DWM |
| | 9:24-cv-00087-DWM |
| | 9:24-cv-00097-DWM |
| Case Title: | Center for Biological Diversity, et al. v. United States Fish & Wildlife Service, et al. |

**Tuesday, October 7, 2025**

| | |
|---|---|
| United States Fish & Wildlife Service | Mediation Questionnaire due |
| United States Department of the Interior | Mediation Questionnaire due |
| Paul Souza | Mediation Questionnaire due |
| Doug Burgum | Mediation Questionnaire due |

**Wednesday, October 15, 2025**

| | |
|---|---|
| United States Fish & Wildlife Service | Appeal Transcript Order Due |
| United States Department of the Interior | Appeal Transcript Order Due |
| Paul Souza | Appeal Transcript Order Due |
| Doug Burgum | Appeal Transcript Order Due |

**Friday, November 14, 2025**

| | |
|---|---|
| United States Fish & Wildlife Service | Appeal Transcript Due |
| United States Department of the Interior | Appeal Transcript Due |
| Paul Souza | Appeal Transcript Due |
| Doug Burgum | Appeal Transcript Due |

**Wednesday, December 24, 2025**

| | |
|---|---|
| United States Fish & Wildlife Service | Appeal Opening Brief Due |
| United States Department of the Interior | Appeal Opening Brief Due |
| Paul Souza | Appeal Opening Brief Due |
| Doug Burgum | Appeal Opening Brief Due |

**Friday, January 23, 2026**

| | |
|---|---|
| Protect the Wolves | Appeal Answering Brief Due |
| Animal Wellness Action | Appeal Answering Brief Due |
| Kettle Range Conservation Group | Appeal Answering Brief Due |
| Footloose Montana | Appeal Answering Brief Due |
| Gallatin Wildlife Association | Appeal Answering Brief Due |
| Center for Biological Diversity | Appeal Answering Brief Due |
| Humane World for Animals | Appeal Answering Brief Due |
| Humane World Action Fund | Appeal Answering Brief Due |
| Sierra Club | Appeal Answering Brief Due |
| Western Watersheds Project | Appeal Answering Brief Due |
| International Wildlife Coexistence Network | Appeal Answering Brief Due |
| Wildearth Guardians | Appeal Answering Brief Due |
| Nimiipuu Protecting the Environment | Appeal Answering Brief Due |
| Alliance for the Wild Rockies | Appeal Answering Brief Due |
| Friends of the Clearwater | Appeal Answering Brief Due |
| Wilderness Watch | Appeal Answering Brief Due |
| Predator Defense | Appeal Answering Brief Due |
| Trap Free Montana | Appeal Answering Brief Due |
| Center for a Humane Economy | Appeal Answering Brief Due |
| Project Coyote | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**